B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   BERNIE'S AUDIO VIDEO TV APPLIANCE CO., INC.   Case No.   _____
                                    Debtor(s)         Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GE MONEY BANK<br>4246 SOUTH RIVERBOAT ROAD<br>SUITE 200<br>SALT LAKE CITY, UT 84123-2551 | TOM DEFFET<br>GE MONEY BANK<br>4246 SOUTH RIVERBOAT ROAD<br>SUITE 200<br>SALT LAKE CITY, UT 84123-2551<br>937-534-6962 | CLAIM ON TERMINATION OF AMENDED AND RESTATED CONSUMER REVOLVING CREDIT CARD PROGRAM AGREEMENT | | 730,767.00 |
| TOSHIBA<br>82 TOTOWA ROAD<br>WAYNE, NJ 07470 | JOSEPH SHEDLOCK<br>TOSHIBA<br>82 TOTOWA ROAD<br>WAYNE, NJ 07470<br>973-628-8000 | TRADE | | 509,307.45 |
| MONSTER POWER<br>7251 WEST LAKE MEAD BLVD<br>SUITE 342<br>N. LAS VEGAS, NV 89128 | CELIA HINOJOSA<br>MONSTER POWER<br>7251 WEST LAKE MEAD BLVD<br>SUITE 342<br>N. LAS VEGAS, NV 89128<br>415-330-4357 | TRADE | | 298,140.06 |
| HAIER AMERICA TRADING<br>1356 BROADWAY<br>NEW YORK, NY 10018 | MICHAEL GLICK<br>HAIER AMERICA TRADING<br>1356 BROADWAY<br>NEW YORK, NY 10018<br>212-594-3330 | TRADE | | 250,171.70 |
| SERTA MATTRESS<br>15 HOUGHTALING ROAD<br>WEST COXSACKIE, NY 12192 | CHRISTINE O'REILLY<br>SERTA MATTRESS<br>15 HOUGHTALING ROAD<br>WEST COXSACKIE, NY 12192<br>508-946-4700 | TRADE | | 198,646.20 |
| Z LINE DESIGNS INC<br>2410 SAN RAMON VALLEY BLVD<br>SUITE 205<br>SAN RAMON, CA 94583 | ADOLFO NAVARRO<br>Z LINE DESIGNS INC<br>2410 SAN RAMON VALLEY BLVD<br>SUITE 205<br>SAN RAMON, CA 94583<br>925-743-4000 EXT. 111 | TRADE | | 193,272.92 |

B4 (Official Form 4) (12/07) - Cont.

In re    BERNIE'S AUDIO VIDEO TV APPLIANCE CO., INC.      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| OMNI MOUNT SYSTEM, INC. THE POINTE AT SOUTH MOUNTAIN 8201 SOUTH 48TH STREET PHOENIX, AZ 85044-5355 | ALICIA RAWSON OMNI MOUNT SYSTEM, INC. THE POINTE AT SOUTH MOUNTAIN 8201 SOUTH 48TH STREET PHOENIX, AZ 85044-5355 201-266-2541 | TRADE | | 167,217.60 |
| THE HARTFORD COURANT 285 BROAD STREET HARTFORD, CT 06115 | TANIEL SANTOURIAN THE HARTFORD COURANT 285 BROAD STREET HARTFORD, CT 06115 860-241-3656 | NEWSPAPER ADVERTISING | | 159,334.42 |
| ELECTROLUX HOME PRODUCTS 250 BOBBY JONES EXPY AUGUSTA, GA 30907 | MARY GAYLORD ELECTROLUX HOME PRODUCTS 250 BOBBY JONES EXPY AUGUSTA, GA 30907 614-825-0873 | TRADE | | 123,857.14 |
| QUEBECOR WORLD (USA) INC. 1000 REMINGTON BLVD SUITE 300 BOLINGBROOK, IL 60440 | DARYL COOK QUEBECOR WORLD (USA) INC. 1000 REMINGTON BLVD SUITE 300 BOLINGBROOK, IL 60440 860-253-7447 | ADVERTISING | | 117,004.08 |
| ASHLEY FURNITURE 1 ASHLEY WAY ARCADIA, WI 54612-1200 | JIM EVANSON ASHLEY FURNITURE 1 ASHLEY WAY ARCADIA, WI 54612-1200 608-323-6595 | TRADE | | 79,777.91 |
| CONSTELLATION NEWENERGY GENN-1 2 NORTH 9TH STREET ALLENTOWN, PA 18101 | BRUCE SHER CONSTELLATION NEWENERGY GENN-1 2 NORTH 9TH STREET ALLENTOWN, PA 18101 888-808-7731 | ELECTRICITY | | 69,723.18 |
| BOSE THE MOUNTAIN FRAMINGHAM, MA 01701 | JOHN SHUMAKER BOSE 100 THE MOUNTAIN ROAD FRAMINGHAM, MA 01701 508-614-6019 | TRADE | | 67,641.98 |
| WHIRLPOOL CORPORATION 2000 M-63 MD 7560 BENTON HARBOR, MI 49022-2692 | PETER MUNSON WHIRLPOOL CORPORATION 2000 M-63 MD 7560 BENTON HARBOR, MI 49022-2692 269-923-5401 | TRADE | | 62,059.47 |

B4 (Official Form 4) (12/07) - Cont.

In re   BERNIE'S AUDIO VIDEO TV APPLIANCE CO., INC.   Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MILESTONE ASSOCIATES, INC<br>192 WORCESTER ROAD<br>NATICK, MA 01760 | ROY ROBERTS<br>MILESTONE ASSOCIATES, INC<br>192 WORCESTER ROAD<br>NATICK, MA 01760<br>508-650-1929 | REAL ESTATE COMMISSION | | 60,000.00 |
| THE PROVIDENCE JOURNAL COMPANY<br>75 FOUNTAIN STREET<br>PROVIDENCE, RI 02902 | ELAINE SPIEGLE<br>THE PROVIDENCE JOURNAL COMPANY<br>75 FOUNTAIN STREET<br>PROVIDENCE, RI 02902<br>401-277-7534 | NEWSPAPER ADVERTISING | | 58,950.71 |
| TECHCRAFT MANUFACTURING INC.<br>1250 BOUL<br>DAGENAIS QUEST<br>LAVAL, QC H7L5E3 | MARCUS MIGNONE<br>TECHCRAFT MANUFACTURING INC.<br>1250 BOUL<br>DAGENAIS QUEST<br>LAVAL, QC H7L5E3<br>888-476-8896 | TRADE | | 54,099.23 |
| LG ELECTRONICS USA, INC.<br>1000 SYLVAN AVE<br>ENGLEWOOD CLIFFS, NJ 07632 | EDWARD SMITH<br>LG ELECTRONICS USA, INC.<br>1000 SYLVAN AVE<br>ENGLEWOOD CLIFFS, NJ 07632<br>201-816-2000 | TRADE | | 49,092.80 |
| WFSB<br>333 CAPITAL BLVD<br>ROCKY HILL, CT 06067 | BILL WHITTLE<br>WFSB<br>333 CAPITAL BLVD<br>ROCKY HILL, CT 06067<br>860-244-1643 | TELEVISION ADVERTISING | | 48,660.80 |
| LAKEWOOD ROAD INVESTMENTS LLC<br>C/O ACRE GROUP, LLC<br>536 MAIN STREET<br>NEW HARTFORD, CT 06057-2108 | KATHY TAYLOR<br>LAKEWOOD ROAD INVESTMENTS LLC<br>C/O ACRE GROUP, LLC<br>536 MAIN STREET<br>NEW HARTFORD, CT 06057-2108<br>860-738-2222 | LANDLORD | | 44,349.33 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CHIEF EXECUTIVE OFFICER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 14, 2010**   Signature   **/s/ MILTON P. ROSENBERG**
MILTON P. ROSENBERG
CHIEF EXECUTIVE OFFICER

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.