# United States Bankruptcy Court
## District of Connecticut

In re    BERNIE'S AUDIO VIDEO TV APPLIANCE CO., INC.                      Case No. _____

Debtor

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BERNIE'S EMPLOYEE SAVINGS PLAN TRUST | COMMON STOCK | 30% | OWNERSHIP |
| MILTON P. ROSENBERG | COMMON STOCK | 70% | OWNERSHIP |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CHIEF EXECUTIVE OFFICER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 14, 2010**                       Signature  **/s/ MILTON P. ROSENBERG**
                                                              **MILTON P. ROSENBERG**
                                                              **CHIEF EXECUTIVE OFFICER**

*Penalty for making a false statement or concealing property:*    Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____0____ continuation sheets attached to List of Equity Security Holders