## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ************************************* | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|    BERNIE'S AUDIO VIDEO | : | |
|    TV APPLIANCE CO., INC. | : | |
| | : | CHAPTER 11 |
|         DEBTOR | : | |
| | : | |
| | : | CASE NO. |
| ************************************* | | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the Debtor, Bernie's Audio Video TV Appliance Co., Inc., hereby states that Milton P. Rosenberg owns 70%, and the Bernie's Employee Savings Plan Trust owns 30% of the outstanding capital stock of the Debtor.

Dated at Hartford, Connecticut, this 14th day of January, 2010.

                                                               Bernie's Audio Video
                                                                TV Appliance Co., Inc.

                                                                By:_____/s/ Barry S. Feigenbaum_____
                                                                     Barry S. Feigenbaum
                                                                    Fed. Bar No. ct06605
                                                                   Matthew T. Wax-Krell
                                                                   Fed Bar. No. ct26905
                                                                   Rogin Nassau LLC
                                                                   Its Attorneys