**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ************************************* | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|     BERNIE'S AUDIO VIDEO | : | |
|     TV APPLIANCE CO., INC. | : | |
| | : | CHAPTER 11 |
|         DEBTOR | : | |
| | : | |
| | : | CASE NO. |
| ************************************* | | |

RESOLUTIONS
OF
THE DIRECTORS OF
BERNIE'S AUDIO VIDEO TV APPLIANCE CO., INC.

The directors of BERNIE'S AUDIO VIDEO TV APPLIANCE CO., INC., a Connecticut corporation (the "Company"), at a meeting duly held and noticed DO HEREBY CONSENT TO AND ADOPT the following resolutions:

      RESOLVED: That Milton P. Rosenberg, Chief Executive Officer of the Company, is hereby authorized and empowered on behalf of the Company to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Connecticut; and it is further

      RESOLVED: That the Company is authorized to retain Rogin Nassau LLC as its special bankruptcy counsel to represent the Company in its bankruptcy proceedings as authorized above on such terms as determined by the Chief Executive Officer of the Company.

Dated this 14th day of January, 2010

                                                      __/s/ Rita L. Rosenberg_____
                                                      Rita L. Rosenberg
                                                      Secretary of the Corporation