# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| *********************************** | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|     BERNIE'S AUDIO VIDEO | : | |
|     TV APPLIANCE CO., INC. | : | |
| | : | CHAPTER 11 |
|                DEBTOR | : | |
| | : | |
| | : | CASE NO. |
| *********************************** | | |

## DEBTOR'S APPLICATION TO EMPLOY COUNSEL

TO:   THE HONORABLE ALBERT S. DABROWSKI
       CHIEF UNITED STATES BANKRUPTCY JUDGE

Bernie's Audio Video TV Appliance Co., Inc. (the "Debtor"), files this motion (the "Motion") requesting the entry of an order authorizing it to employ and appoint the law firm of Rogin Nassau to represent it as Debtor and hereby represents as follows:

    l.    On January 14, 2010, the Debtor filed a petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut.

    2.    The Debtor is a retailer of televisions, appliances, bedding, and related products in New England. In particular, the Debtor sells merchandise in 15 stores in Connecticut, Massachusetts, and Rhode Island.

3. The Applicant wishes to employ the law firm of Rogin Nassau LLC ("Rogin Nassau") as counsel to the debtor in possession in these proceedings. The members of said firm are admitted to practice in this Court and are experienced in bankruptcy matters.

4. The professional services that Rogin Nassau will perform are:

a. To give the Debtor legal advice concerning the powers and duties of a debtor in possession;

b. To assist the Debtor in preparation of schedules, reports, pleadings and other legal papers required or desirable on behalf of the Debtor as debtor in possession;

c. To represent the Debtor in connection with adversary proceedings, contested matters and other proceedings which may be instituted in this Court;

d. To perform all other legal services for the Debtor as debtor in possession which may be necessary herein.

5. It is necessary for the Applicant to employ attorneys for such professional services.

6. To the best of Debtor's knowledge, except to the extent set forth in the attached Affidavit, Rogin Nassau has no connection with the Debtor, the creditors, or any other party in

interest or their respective attorneys or accountants matters.  Rogin Nassau is a disinterested person as defined in the Bankruptcy Code.

7. Applicant desires to employ Rogin Nassau on an hourly basis at its normal hourly rates as follows:  partner, $275 - $485; counsel, $225 - $400; associate, $175 - $235, which amounts are reasonable compensation for such services, subject to approval of this Court.  Rogin Nassau has been paid a retainer of $150,000 for services to be rendered to be rendered in connection with this Chapter 11 case.

8. Rogin Nassau represents no interest adverse to Applicant as Debtor or the estate in matters upon which it is to be engaged for Debtor, and its employment would be in the best interests of the estate.

WHEREFORE, Applicant prays that it be authorized to employ and appoint the law firm of Rogin Nassau to represent it as Debtor in possession in the proceeding under Chapter 11 of the Bankruptcy Code and that it have such other and further relief as is just.

Dated at Hartford, Connecticut, this 14th day of January, 2010.

        Bernie's Audio Video
        TV Appliance Co., Inc.


    BY   /s/ Milton P. Rosenberg
        Milton P. Rosenberg
        Its Chief Executive Officer