## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ************************************ | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|     BERNIE'S AUDIO VIDEO | : | |
|     TV APPLIANCE CO., INC. | : | |
| | : | CHAPTER 11 |
|              DEBTOR | : | |
| | : | |
| | : | CASE NO. |
| ************************************ | | |

### DEBTOR'S APPLICATION TO EMPLOY MANAGEMENT CONSULTANTS
### ALTMAN AND COMPANY LLC

TO:      THE HONORABLE ALBERT S. DABROWSKI
            CHIEF UNITED STATES BANKRUPTCY JUDGE

Bernie's Audio Video TV Appliance Co., Inc. (the "Debtor"), files this motion (the "Motion") requesting the entry of an order authorizing it to employ and appoint the firm of Altman and Company LLC ("Altman") as management consultants to the Debtor and hereby represents as follows:

    l.      On January 14, 2010, the Debtor filed a petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut.

2. Applicant wishes to employ the management consulting firm of Altman as management consultant to the debtor in possession in these proceedings. Altman has previously been appointed by this Court and others around the country as a management consultant and it is experienced in bankruptcy matters.

3. The professional services that Altman will perform are:

   a. to give the Debtor financial and management advice concerning the operations of a debtor-in-possession;

   b. to assist the Debtor in preparation of schedules, reports, and other financial documents required or desirable on behalf of the Debtor as debtor-in-possession;

   c. to assist the Debtor in developing a plan of reorganization;

   d. to assist the Debtor in selling its assets; and

   e. to assist the Debtor in developing business plans, including an evaluation of continuing operations and asset sales.

4. It is necessary for the Applicant to employ a management consultant for such professional services.

5. To the best of Debtor's knowledge, Altman has no connection with the Debtor, the creditors, or any other party in interest or their respective attorneys or accountants. Altman is a disinterested person as defined in the Bankruptcy Code.

6. Applicant desires to employ Altman on an hourly basis at the rates of $300 - $600 for principals, to be paid monthly, which amounts are reasonable compensation for such services, subject to approval of this Court. Altman has been paid a retainer of $140,000 by Debtor against amounts to become due from said debtor in connection with its bankruptcy case.

7. Altman represents no interest adverse to Applicant as Debtor or the estate in matters upon which it is to be engaged for Debtor, and its employment would be in the best interests of the estate.

WHEREFORE, Applicant prays that it be authorized to employ and appoint the firm of Altman as management consultants to Debtor in possession in the proceeding under Chapter 11 of the Bankruptcy Code and that it have such other and further relief as is just.

Dated at Hartford, Connecticut, this 14th day of January, 2010.

                              Bernie's Audio Video
                              TV Appliance Co., Inc.

                          BY   /s/ Milton P. Rosenberg
                              Milton P. Rosenberg
                              Its Chief Executive Officer