**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ************************************* | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|    BERNIE'S AUDIO VIDEO | : | |
|    TV APPLIANCE CO., INC. | : | |
| | : | CHAPTER 11 |
|          DEBTOR | : | |
| | : | |
| | : | CASE NO. |
| ************************************* | | |

**<u>AFFIDAVIT</u>**

STATE OF CONNECTICUT :

                                  ss: Hartford

COUNTY OF HARTFORD   :

    The undersigned, Roy E. Filkoff, being duly sworn, depose and says:

    1.    I am a Principal of the management consulting firm of Altman and Company LLC, ("Altman") whose offices are located at 2 Cabot Place, Suite 5, Stoughton, Massachusetts 02072.

    2.    Altman has no connection with the above-named Debtor, its creditors or any other party in interest herein or their respective attorneys.  Altman is a disinterested person defined in the Bankruptcy Code.

    3.    The professional services that Altman will perform are:

1

      a.      to give the Debtor financial and management advice concerning the operations of a debtor-in-possession;

      b.      to assist the Debtor in preparation of schedules, reports, and other financial documents required or desirable on behalf of the Debtor as debtor-in-possession;

      c.      to assist the Debtor in developing a plan of reorganization;

      d.      to assist the Debtor in selling its assets; and

      e.      to assist the Debtor in developing business plans, including an evaluation of continuing operations and asset sales.

4.      Altman shall charge Debtor at the hourly rates of $300 - $600 for principals, to be paid monthly, which amounts are reasonable compensation for such services.

5.      Altman represents that no agreement nor arrangement exists between Altman and any other person or entity for the sharing of compensation to be sought by Altman for services to be performed thereby in this case.

6.      Altman is a disinterested person within the meaning of 11 U.S.C. §327 and §l0l(l3) and represents no interest adverse to Debtor, as debtor in possession herein or its estate in the matters upon which said firm is to be engaged.

Dated:  January 14, 2010.

      /s/ Roy E. Filkoff
Roy E. Filkoff


STATE OF CONNECTICUT   :

      ss: HARTFORD

COUNTY OF HARTFORD    :


Sworn to and subscribed before me this 14th day of January, 2010.

   /s/ Barry S. Feigenbaum
Barry S. Feigenbaum
Commissioner of the Superior Court