**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ************************************ | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|     BERNIE'S AUDIO VIDEO | : | |
|     TV APPLIANCE CO., INC. | : | |
| | : | CHAPTER 11 |
|                DEBTOR | : | |
| | : | |
| | : | CASE NO. |
| ************************************ | | |

**ORDER AUTHORIZING EMPLOYMENT OF MANAGEMENT CONSULTANTS**
**<u>ALTMAN AND COMPANY, LLC</u>**

    Upon the annexed application of the above-named Debtor, praying for authority to employ and appoint Altman and Company, LLC ("Altman and Company") on an hourly basis to represent it as debtor in possession herein, and upon the annexed affidavit of Roy E. Filkoff of Altman and Company, and it appearing that no adverse interest having been represented, and this Court being satisfied that Altman and Company is a disinterested person and represents no interest adverse to said Debtor herein, or to its estate in the matters upon which said firm is to be engaged, that employment of said firm is necessary and would be in the best interests of the estate upon the terms proposed in said application, it is

1

ORDERED that the above-named Debtor is authorized to employ and appoint Altman and Company as Management Consultant to Debtor in the within proceedings under Chapter 11 of the Bankruptcy Code with payment upon proper application to the Court pursuant to 11 U.S.C. §§ 330, 331; and it is further

ORDERED that Altman and Company may file fee applications pursuant to 11 U.S.C. 328 every 30 days.