UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ************************************ | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|    BERNIE'S AUDIO VIDEO | : | |
|    TV APPLIANCE CO., INC. | : | |
| | : | CHAPTER 11 |
|             DEBTOR | : | |
| | : | |
| | : | CASE NO. |
| ************************************ | | |

**MOTION TO PAY PRE-PETITION PAYROLL AND FICA,
STATE AND FEDERAL WITHHOLDING TAXES ON SUCH PAYROLL**

TO:    THE HONORABLE ALBERT S. DABROWSKI
          CHIEF UNITED STATES BANKRUPTCY JUDGE:

Bernie's Audio Video TV Appliance Co., Inc. (the "Debtor"), files this motion (the "Motion") requesting the entry of an order authorizing payment of: (1) accrued but unpaid pre-petition hourly and salaried payroll in a total amount not to exceed $175,000, including taxes; and, (2) FICA, state and federal withholding taxes on said payroll and all associated employee benefit plans; and hereby represents as follows:

1.    On January 14, 2010 (the "Petition Date"), the above-captioned debtor (the "Debtor") filed its petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut (the "Petition").

2.    The Debtor is a retailer of televisions, appliances, bedding, and related products in New England.  In particular, the Debtor sells merchandise in 15 stores in Connecticut, Massachusetts, and Rhode Island.  The Debtor employs approximately 350 employees.

3.    The Debtor pays its employees weekly and the payroll period ends on Saturday and the payroll is paid on the following Friday.

4.    The Debtor has paid all employees through January 9, 2010.  As of the filing date in this case, approximately five (5) days' pay was due to the employees of the Debtor for the pay week ending January 16, 2010.

5.    In no case is more than $10,950 due an employee or on account of an employee nor are any wages and employee benefit plan benefits due for services performed more than ninety (90) days prior to the petition herein.

6.    No creditors committee has yet been appointed in this case.

7.    A copy of this Motion is being served on each of the Debtor's twenty largest creditors as shown on the list thereof filed with this Court, the United States Trustee, Debtor's

secured creditors, and the Attorneys General of the States of Connecticut, Massachusetts, and Rhode Island.

    WHEREFORE, Debtor hereby requests an order authorizing payment of pre-petition payroll, expense reports, FICA, state and federal taxes and employee benefit plans as more particularly set forth above.

    Dated at Hartford, Connecticut, this 14th day of January, 2010.

                            Bernie's Audio Video
                            TV Appliance Co., Inc.

                            By:    /s/ Barry S. Feigenbaum
                                Barry S. Feigenbaum
                                Fed. Bar No. ct06605
                                Matthew T. Wax-Krell
                                Fed Bar. No. ct26905
                                Rogin Nassau LLC
                                Its Attorneys