**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **BERNIE'S AUDIO VIDEO TV APPLIANCE CO., INC.** | Case No. 10-20087 (ASD) |
| **Debtor.** | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned hereby enters his appearance on behalf of RBS Citizens, National Association (the "**Appearing Party**") pursuant to 11 U.S.C. Section 1109(b), Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court:

Jonathan B. Alter
BINGHAM McCUTCHEN LLP
One State Street
Hartford, Connecticut 06103
Telephone: (860) 240-2700
Facsimile:  (860) 240-2800
E-mail:  jonathan.alter@bingham.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, disclosure statements and plans, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile or otherwise filed or made with regard to the referenced case and proceedings herein which affect or seek to affect, in any way, any rights or interest of the Appearing Party.

A/73267649.1

PLEASE TAKE FURTHER NOTICE, that neither this *Notice of Appearance and Request for Service of Papers* (the "**Notice**") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 14, 2010
      Hartford, CT

BINGHAM MCCUTCHEN LLP

By: /s/ Jonathan B. Alter
    Jonathan B. Alter (ct07010)
    One State Street
    Hartford, Connecticut 06103
    Telephone: (860) 240-2700
    Facsimile: (860) 240-2800
    E-mail: jonathan.alter@bingham.com

    Attorneys for RBS Citizens, National Association

A/73267649.1

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on January 14, 2010, a copy of the foregoing Notice of Appearance and Request for Service of Papers was filed electronically and served (a) by electronic service through the Court's CM/ECF system and (b) upon the following via United States Mail, first class, postage prepaid:

**Proposed Counsel to Debtor**
Barry S. Feigenbaum, Esq.
Matthew Wax-Krell, Esq.
Rogin Nassau LLC
185 Asylum Street
22nd Floor
Hartford, CT  06103

**United States Trustee**
Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT  06510

    /s/Jonathan B. Alter
    Jonathan B. Alter

A/73267649.1