**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| BERNIE'S AUDIO VIDEO TV | ) | |
| APPLIANCE CO., INC. | ) | **CASE NO. 10-20087 (ASD)** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for HILCO MERCHANT RESOURCES, LLC, a party in interest.

Pursuant to §§ 102(1), 342 and 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, the undersigned requests that all notices given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, be given to and served on the following:

C. Donald Neville, Esq.
dneville@kmelaw.com
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road – Suite 300
West Hartford, Connecticut  06107
Phone:   (860) 561-7070
Facsimile:   (860) 561-7075

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, copies of any proposed disclosure

statement or plan of reorganization, as required by Bankruptcy Rule 3017(a), as well orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone, telecopier, telegraph copier, telex or otherwise, which affects HILCO MERCHANT RESOURCES, LLC, the Debtor or property of the Debtor's estate.

Dated at West Hartford, Connecticut this 15th day of January 2010.

    HILCO MERCHANT RESOURCES, LLC


By:   /s/ C. Donald Neville
    C. Donald Neville
    Federal Bar No CT24001
    KROLL, McNAMARA, EVANS
    & DELEHANTY, LLP
    65 Memorial Road – Suite 300
    West Hartford, CT 06107
    Phone: (860) 561-7070
    Fax: (860) 561-7075
    Its Attorneys

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 15, 2010, a copy of the foregoing was filed electronically and served on the following parties electronically (to those able to access the Court's ECF system) or mailed first-class, postage prepaid, as noted:

<u>Proposed Counsel to the Debtor</u>
    Barry S. Feigenbaum, Esq. (Via ECF)
    Matthew Wax-Krell, Esq. (Via ECF)

<u>Counsel to RBS Citizens, National Association</u>
    Jonathan B. Alter, Esq. (Via ECF)

Counsel to The Connecticut Light and Power Company,
<u>Western Massachusetts Electric Company, Yankee Gas Services Company</u>
    Honor S. Heath, Esq. (Via ECF)

Office of the U.S. Trustee (by mail)
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

                                                       By:   /s/ C. Donald Neville