UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ************************************ | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|     BERNIE'S AUDIO VIDEO | : | |
|     TV APPLIANCE CO., INC. | : | |
| | : | CHAPTER 11 |
|                     DEBTOR | : | |
| | : | |
| | : | CASE NO. 10-20087 (ASD) |
| ************************************ | | |

## AFFIDAVIT IN SUPPORT OF J.H. COHN, LLP

The undersigned, Jeffrey W. Rossi, being duly sworn, deposes and says:

1.      I am a Partner of the accounting firm of J.H. Cohn, LLP ("J.H. Cohn") whose offices are located at 180 Glastonbury Boulevard, Glastonbury, CT 06033.

2.      J.H. Cohn shall charge Debtor at our standard rates for time spent, computer charges where applicable; cumulative invoices not to exceed $25,000 without further order of the court, which amount is reasonable compensation for such services.

3.      The professional services that J.H. Cohn will perform are tax return advice and preparation.

- 1 -

4.      J.H. Cohn represents that no agreement or arrangement exists between J.H. Cohn and any other person or entity for the sharing of compensation to be sought by J.H. Cohn for services to be performed thereby in this case.

5       J.H. Cohn is a disinterested party within the meaning of 11 U.S.C. §327 and §101(13) and represents no interest adverse to Debtor, as Debtor in possession herein or its estate in the matters upon which said firm is to be engaged.

Dated: April 6, 2010

/s/ _____
Name: Jeffrey W. Rossi
Its: Partner

STATE OF CONNECTICUT:
                               :   HARTFORD
COUNTY OF HARTFORD  :

Sworn to and subscribed before me this 6 day of April, 2010.

_____
Notary Public/
Commissioner of the Superior Court
My Commission Expires:

**ROSA TRALLI**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES OCT. 31, 2013

S:\Client\B\BERNIE'S AUDIO\Affidavit of Accountant JH Cohn.doc