**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

_____
                                      )
In re                                 )    Chapter 11
                                      )    Case No. 10-20087 (ASD)
BERNIE'S AUDIO VIDEO TV               )
APPLIANCE CO., INC.                   )
                                      )
    Debtor.                           )
_____)

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE, that the undersigned hereby enters an appearance for Milton Rosenberg, a Creditor and party-in-interest herein, and pursuant to Bankruptcy Rules 2002 and 9007, and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given be served upon the undersigned at the office, address and telephone number set forth below.

> James J. Tancredi
> Day Pitney LLP
> 242 Trumbull Street
> Hartford, CT 06103-1212
> (860) 275-0331(PH)
> (860) 881-2471 (FAX)
> jjtancredi@daypitney.com

    PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or

42010865.1

conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affect the Debtor or the property of the Debtor.

Dated at New Haven, Connecticut this 16th day of April, 2010.

                MILTON ROSENBERG,

By   /s/ James J. Tancredi
      James J. Tancredi
      Day Pitney LLP
      242 Trumbull Street
      Hartford, CT 06103-1212
      (860) 275-0331(PH)
      (860) 881-2471 (FAX)
      jjtancredi@daypitney.com
      Federal Bar No. ct06819

## CERTIFICATION OF SERVICE

In accordance with Rule 2002 and 9034 of the Federal Rules of Bankruptcy Procedure and Rule 2002-1 of the Local Rules of Bankruptcy Procedure, this is to certify that on the 16th day of April, 2010 copies of the Notice Of Appearance And Demand For Service Of Papers were served electronically through the Court's CM/ECF system upon all registered electronic filers and, on said date, said Appearance was also served via first-class mail, postage prepaid, to the following:.

**U.S. TRUSTEE**

**Steven E. Mackey**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

                              By    /s/ James J. Tancredi
                                     James J. Tancredi, ct06819